[Nos. 14577-4-II; 15160-0-II.   Division Two.   February 3, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER DEEGE, *Appellant.*

*In the Matter of the Personal Restraint of* WALTER DEEGE, *Petitioner.*   .

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 90-1-00004-0, Joel M. Penoyar, J., entered January 7, 1991, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Petrich and Morgan, JJ.

[No. 14598-7-II.   Division Two.   February 3, 1993.]

CLAUDE BULEY, *Appellant,* v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01023-3, Carol A. Fuller, J., entered December 13, 1990. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Petrich and Morgan, JJ.

[No. 14688-6-II.   Division Two.   February 3, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. DARIN T. DODGE, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 90-1-00111-9, William E. Howard, J., entered February 12, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.